**Order entered May 22, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01500-CR

**LATORIA MATTOX, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F15-00710-U**

## ORDER

Before the Court is court reporter Sasha Brooks's request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record due on or before **May 28, 2019**.

/s/     LANA MYERS
        JUSTICE